# United States District Court
## Middle District of Tennessee

Ann Frantz
*Operations Manager*

Office of the Clerk
800 United States Courthouse
Nashville, Tennessee 37203
(615) 736-2364

March 10, 2008

Clerk of Court
United States District Court
District of Columbia
1225 E Barrett Prettyman U. S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

CA08-159 CKK

In Re: MDL 1760 In Re Aredia and Zometa Products Liability Litigation
      Conditional Transfer Order 62

Dear Clerk of Court:

Enclosed please find 1 certified copy of CTO 62 from the Judicial Panel on Multidistrict Litigation transferring your case to the Middle District of Tennessee. The new case number is listed on the order.

~~Please transfer your record via the ECF District Transfer method to the Tennessee Middle~~

If this is not possible, please forward the case file and docket sheet, preferably as PDF documents attached to an email addressed to: ann_g_frantz@tnmd.uscourts.gov.

Sincerely,

Ann Frantz

Enclosure